**Order entered June 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00057-CV

**SHERRELLE WILLIAMSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12C-012-2**

## ORDER

The clerk's record in this case is overdue. By postcard dated January 25, 2013 we notified the Kaufman County Clerk that the clerk's record was overdue. We directed the County Clerk to file the record within 30 days. To date, we have not received the clerk's record.

Accordingly, we **ORDER** Kaufman County Clerk Laura Hughes to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification she is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:

Laura Hughes
Kaufman County Clerk

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE